Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*
### Southwestern Division

Securities and Exchange Commission,

                Plaintiff,

    vs.

Joseph A. Kostelecky,

             Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  1:15-cv-17

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

See Order for Final Judgment as to Defendant Joseph A. Kostelecky filed on February 18, 2015 at document no. [6].

Date:  February 18, 2015

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jeanene Thompson, Deputy Clerk*